# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lee Edgar Burgess Jr., | Chapter 13 |
| **Debtor 1** | Case No. 5:23–bk–02840–MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 5, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 12, 2024

orcnfpln(05/18)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lee Edgar Burgess, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 5:23-BK-02840-MJC<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, April 16, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Capital One Bank USA, NA
0314-5                                   Max Rosenn U.S. Courthouse               PO Box 30285
Case 5:23-bk-02840-MJC                   197 South Main Street                    Salt Lake City, UT 84130-0285
Middle District of Pennsylvania          Wilkes-Barre, PA 18701-1500
Wilkes-Barre
Tue Mar  5 16:16:45 EST 2024

Discover Bank                            Discover Bank                            GEISINGER
Discover Products Inc                    PO Box 3025                              PO BOX 1123
PO Box 3025                              New Albany, OH 43054-3025                MINNEAPOLIS, MN 55440-1123
New Albany, OH  43054-3025

KML Law Group, PC                        MERRICK BANK                             Mariner Finance
BNY Mellon Independence Center           Resurgent Capital Services               8211 Town Center Drive
701 Market Street, Suite 5000            PO Box 10368                             Nottingham, MD 21236-5904
Philadelphia, PA 19106-1541              Greenville, SC 29603-0368

Merrick Bank                             (p)NATIONSTAR MORTGAGE LLC               OneMain Financial Group, LLC
PO Box 9201                              PO BOX 619096                            601 NW 2nd Street
Old Bethpage, NY 11804-9001              DALLAS TX 75261-9096                     PO Box 3251
                                                                                  Evansville, IN 47731-3251

United States Trustee                    Weltman, Weinberg & Reis Co., LPA        (p)JACK N  ZAHAROPOULOS
US Courthouse                            170 South Independence Mall West         ATTN CHAPTER 13 TRUSTEE
1501 N. 6th St                           Suite 874                                8125 ADAMS DRIVE SUITE A
Harrisburg, PA 17102-1104                Philadelphia, PA 19106-3334              HUMMELSTOWN PA 17036-8625

Lee Edgar Burgess Jr.                    Paul Donald Murphy-Ahles
249 McLean Street                        Dethlefs Pykosh & Murphy
Wilkes Barre, PA 18702-4518              2132 Market Street
                                         Camp Hill, PA 17011-4706
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nationstar Mortgage LLC                  (d)Nationstar Mortgage, LLC              Jack N Zaharopoulos
Attn: Bankruptcy Department              PO Box 619096                            Standing Chapter 13
P.O. Box 619096                          Dallas, TX 75261-9741                    (Trustee)
Dallas, TX 75261-9741                                                             8125 Adams Drive, Suite A
                                                                                  Hummelstown, PA 17036
```

        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)NATIONSTAR MORTGAGE LLC               (d)Mariner Finance, LLC                  End of Label Matrix
                                         8211 Town Center Drive                   Mailable recipients   16
                                         Nottingham, MD 21236-5904                Bypassed recipients    2
                                                                                  Total                 18
```