# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### WILKES-BARRE DIVISION

IN RE:

Lee Edgar Burgess, Jr.

Debtor(s).

Case No. 5:23-bk-02840-MJC
Chapter 13

## <u>NOTICE OF APPEARANCE</u>

**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 26th day of February, 2026, to the following:

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com
***Attorney for Debtor(s)***

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Lee Edgar Burgess, Jr.
249 McLean Street
Wilkes Barre, PA 18702

***Debtor(s)***

          By:      /s/ Steven K. Eisenberg
                   Steven K. Eisenberg, Esquire