United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 23-02840-MJC

Lee Edgar Burgess, Jr.                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Apr 07, 2026                 Form ID: pdf010                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID**                  **Recipient Name and Address**
                  +  Anna Devita, 249 McLean Street, Wilkes Barre, PA 18702-4518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:

**Name**                        **Email Address**

Daniel Philip Jones
                                on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC djones@sterneisenberg.com,
                                bkecf@sterneisenberg.com

Jack N Zaharopoulos
                                ecf_pahu_alt@trustee13.com

Matthew K. Fissel
                                on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Paul Donald Murphy-Ahles
                                on behalf of Debtor 1 Lee Edgar Burgess  Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com,rreynolds@dplglaw.com

Steven K Eisenberg
                                on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC seisenberg@sterneisenberg.com,
                                bkecf@sterneisenberg.com

United States Trustee

District/off: 0314-5

Date Rcvd: Apr 07, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| | |
|---|---|
| In Re:<br><br>    LEE EDGAR BURGESS JR.<br>        Debtor(s)<br>    ROCKET MORTGAGE, LLC S/B/M<br>    NATIONSTAR MORTGAGE LLC<br>        Movant<br>v.<br>    LEE EDGAR BURGESS JR.<br>        Debtor(s)<br>    ANNA DEVITA<br>        Co-Debtor<br>    JACK N ZAHAROPOULOS<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 5:23-bk-02840-MJC |

## O R D E R

Upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC and any successor in interest and Debtor, Lee Edgar Burgess Jr., approved by this Court, and Certification of Default filed by counsel for Movant, Doc. 61, after opportunity to cure, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC and any successor in interest, to proceed with its rights under state and federal law concerning the Property: **249 McLean Street, Wilkes-Barre, PA 18702** ("Property"); and it is further

**ORDERED** that the 14-day stay pursuant to Fed. R. Bankr. P. 4001(a)(4) is hereby waived.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 7, 2026