**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lee Edgar Burgess Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No. 5:23-BK-02840** |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM: | TO: |
|---|---|
| Lee Edgar Burgess Jr<br>249 McLean Street<br>Wilkes Barre, PA 18702 | Lee Edgar Burgess Jr<br>224 Railroad Street<br>Slatington, PA 18080 |

Date: October 8, 2026

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*